**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Department of Justice<br>Antitrust Division<br>450 Fifth Street, NW, Suite 7100<br>Washington, D.C. 20530,<br>    *Plaintiff*,<br><br> v.<br><br>ANHEUSER-BUSCH InBEV SA/NV<br>Brouwerijplein 1<br>Leuven, Belgium 3000<br><br>and<br><br>GRUPO MODELO S.A.B de C.V<br>Javier Barros Sierra No. 555 Piso 3<br>Col. Zedec, Santa Fe<br>Mexico D.F.<br>C.P.  01210<br>    *Defendants*. | Civil Action No. 13-00127 (RWR) |

## JOINT MOTION FOR SCHEDULING CONFERENCE

The parties respectfully request that the Court hold a scheduling conference in this matter on **February 15, 2013** or as soon thereafter as the Court's docket permits.  Negotiations between the parties as to an appropriate schedule and case management order are ongoing, and the parties expect to file a scheduling and case management proposal showing areas of agreement or disagreement (if any), in sufficient time for the court to review it in advance of the conference. Respectfully submitted this 8th day of February, 2013.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| /s/ David Z. Gringer<br>MARY STRIMEL<br>DAVID Z. GRINGER<br>Antitrust Division<br>United States Department of Justice<br>450 5th Street, N.W.<br>Tel: (202) 532-4537<br>David.gringer@usdoj.gov<br>Mary.strimel@usdoj.gov | /s/Steven C. Sunshine<br>Steven C. Sunshine (D.C. Bar No. 450078)<br>Gregory B. Craig (D.C. Bar No. 164640)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005-2111<br>Tel: (202) 371-7000<br>Steven.Sunshine@skadden.com<br>Gregory.Craig@skadden.com<br><br>James A. Keyte (*pro hac vice* pending)<br>Karen Hoffman Lent (*pro hac vice* pending)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036-6522<br>Tel: (212) 735-3000<br>James.Keyte@skadden.com<br>Karen.Lent@skadden.com<br><br>*Counsel for Anheuser-Busch InBev SA/NV*<br><br>CRAVATH, SWAINE & MOORE LLP,<br><br>by<br>/s/ Richard J. Stark<br>Richard J. Stark (USDC Bar No. MI0010)<br>Yonatan Even (*pro hac vice admission pending)*<br><br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>rstark@cravath.com<br>yeven@cravath.com<br><br>*Attorneys for Grupo Modelo, S.A.B. de C.V.* |