# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 13-127 (RWR) |
| v. | ) | Judge Richard W. Roberts |
| | ) | |
| ANHEUSER-BUSCH InBEV SA/NV and | ) | |
| GRUPO MODELO S.A.B. de C.V., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Grupo Modelo, S.A.B. de C.V. ("Grupo Modelo"), certify that to the best of my knowledge and belief, that (1) Grupo Modelo does not have any corporate parent, and (2) the only publicly held corporation that directly or indirectly owns 10% or more of the stock of Grupo Modelo is Anheuser-Busch InBev SA/NV.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: February 15, 2013

CRAVATH, SWAINE & MOORE LLP,

by:  _____/s/ Richard J. Stark_____
Richard J. Stark (USDC Bar No. MI0010)
Yonatan Even (admitted *pro hac vice*)

825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rstark@cravath.com
yeven@cravath.com

*Attorneys for Grupo Modelo, S.A.B. de C.V.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2013, I caused the foregoing document or paper to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record. I also caused the foregoing document or paper to be mailed via electronic mail to counsel listed below:

Michelle Seltzer
Mary Strimel
David Gringer
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
michelle.seltzer@usdoj.gov
mary.strimel@usdoj.gov
david.gringer@usdoj.gov
*Attorneys for the United States*

James Keyte
Karen Lent
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
james.keyte@skadden.com
karen.lent@skadden.com
*Attorneys for Anheuser-Busch InBev SA/NV*

Steve Sunshine
Gregory Craig
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington DC 20005
steven.sunshine@skadden.com
gregory.craig@skadden.com
*Attorneys for Anheuser-Busch InBev SA/NV*

Margaret Warner
Raymond Jacobsen, Jr.
Jon Dubrow
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001
mwarner@mwe.com
rayjacobsen@mwe.com
jdubrow@mwe.com
*Attorneys for Constellation Brands, Inc. and Crown Imports LLC*

/s/ Richard J. Stark
Richard J. Stark (USDC Bar No. MI0010)
Yonatan Even (admitted *pro hac vice*)

*Attorneys for Grupo Modelo, S.A.B. de C.V.*