UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>*Plaintiff*, )<br>  )<br>v. )<br>  )<br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*, )<br>  )<br>*Defendants.* )<br>  ) | Civil Action No. 13:127 (RWR)<br>Judge Richard W. Roberts |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff and Defendants (the "Parties"), with the consent of the Proposed Intervenor Defendants,[1] respectfully move for the entry of the attached proposed Order for a limited stay of this matter until March 19, 2013.

On February 14, 2013, the Defendants announced a revised transaction that relates to the Proposed Acquisition alleged in the Complaint. As part of Defendant Anheuser-Busch InBev's ("ABI") proposed acquisition of the 50% of Grupo Modelo it does not already own, ABI would sell to Constellation Brands, Inc. a brewery that currently produces certain Grupo Modelo beers, and would grant perpetual brand licenses to Constellation for Grupo Modelo brands in the U.S., along with other assets. The Plaintiff is investigating whether the revised transaction resolves the competitive concerns alleged in the Complaint. Defendants' position is that the revised transaction resolves the concerns raised in the Complaint. The Parties agree that a stay of litigation proceedings until March 19, 2013 would be beneficial to the Parties and conserve

---

[1] On February 8, 2013, non-parties Constellation Brands, Inc. and Crown Imports LLC filed a Motion to Intervene in this litigation as party-defendants. The United States has not yet responded to the Motion. The Proposed Intervenor Defendants have consented to the proposed stay herein, which includes a stay of the briefing on their Motion to Intervene.

efficient use of the Court's resources while this investigation, and the Parties' discussions regarding a potential resolution of this litigation, take place. The Parties will file a joint status report with the Court no later than March 19, 2013 and, if efforts at resolution are unsuccessful, propose a scheduling order to govern the remaining conduct of the litigation.

**Points and Authorities**

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. The Parties agree that a stay will help secure the just and efficient resolution of this proceeding.

Dated: February 20, 2013

*s/ Mary Strimel*
Mary Strimel (D.C. Bar 455303)
United States Department of Justice
Antitrust Division
450 5th Street, N.W.
Tel: (202) 616-5949
mary.strimel@usdoj.gov

*On behalf of Plaintiff*

CRAVATH, SWAINE & MOORE LLP,

 by
*s/ Yonatan Even*
Yonatan Even (*pro hac vice*)
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
 yeven@cravath.com

*Counsel for Grupo Modelo S.A.B de C.V.*

Respectfully submitted,

*s/ Steven C. Sunshine*
Steven C. Sunshine (D.C. Bar No. 450078)
Gregory B. Craig (D.C. Bar No. 164640)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Tel: (202) 371-7000
Steven.Sunshine@skadden.com
Gregory.Craig@skadden.com

James A. Keyte (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036-6522
Tel: (212) 735-3000
James.Keyte@skadden.com
Karen.Lent@skadden.com

Thomas J. Nolan (*pro hac vice* pending)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel: (213) 687-5000
Thomas.Nolan@skadden.com

*Counsel for Anheuser-Busch InBev SA/NV*

SEEN AND AGREED:

*s/ Raymond A. Jacobsen*

Margaret H. Warner (D.C. Bar No. 359009)
Raymond A. Jacobsen (D.C. Bar. No. 913988)
Jon B. Dubrow (D.C. Bar No. 442479)
McDermott, Will & Emery LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
mwarner@mwe.com
rayjacobsen@mwe.com
jdubrow@mwe.com

*Counsel for Proposed Intervenor Defendants*
  *Constellation Brands, Inc. and Crown*
  *Imports LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 13:127 (RWR) |
| ) | Judge Richard W. Roberts |
| ANHEUSER-BUSCH INBEV SA/NV, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

It is further ORDERED that litigation deadlines in this matter are STAYED until March 19, 2013 and that all pending deadlines are tolled.

It is further ORDERED that the Parties shall file a joint status report with the Court no later than March 19, 2013 and, if efforts at resolution are unsuccessful, also propose a scheduling order to govern the remaining conduct of the litigation.

SIGNED this _____ day of February, 2013.

_____
RICHARD W. ROBERTS
United States District Judge