**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 13-127 (RWR)** |
| | ) | |
| **ANHEUSER-BUSCH InBEV SA/NV, <u>et al.</u>,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

<u>**ORDER**</u>

In light of the parties' representations in their joint motion to stay this case, it is hereby

ORDERED that the parties' joint motion [19] to stay this case be, and hereby is, GRANTED.  This case is STAYED and ADMINISTRATIVELY CLOSED through March 19, 2013, and all pending deadlines are tolled.  It is further

ORDERED that if this case settles in whole or in part, the plaintiff shall promptly file a notice or stipulation of dismissal.  It is further

ORDERED that all parties file by March 19, 2013 a joint status report and proposed scheduling order if the case has not been dismissed before then.

-2-

SIGNED this 22nd day of February, 2013.


                                        _____/s/_____

                                        RICHARD W. ROBERTS
                                        United States District Judge