UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 13:127 (RWR)<br>Judge Richard W. Roberts |

## [PROPOSED] ORDER

In light of the parties' representations in their joint motion to extend the stay, it is hereby ORDERED that the parties' joint motion [22] to extend the stay in this case be, and hereby is GRANTED. This case is STAYED and ADMINISTRATIVELY CLOSED through April 9, 2013, and all pending deadlines are tolled. It is further

ORDERED that if the parties reach a resolution, that agreement, consistent with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), which applies to civil antitrust cases brought and settled by the United States, will be promptly filed with the Court as a proposed consent judgment, along with a Competitive Impact Statement that, *inter alia*, sets forth the alleged violation of the antitrust laws, and how the proposed relief eliminates the anticompetitive effects of the acquisition. 15 U.S.C. § 16(b). It is further

ORDERED that all parties file by April 9, 2013 a joint status report and proposed scheduling order if the case is not resolved before then.

SIGNED this 18th day of March, 2013

_____
RICHARD W. ROBERTS
United States District Judge