UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANHEUSER-BUSCH InBEV SA/NV, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 13:127 (RWR)<br>Judge Richard W. Roberts |

### [PROPOSED] ORDER

In light of the parties' representations in their joint motion for a limited extension of the stay, it is hereby ORDERED that the parties' joint motion [24] be, and hereby is GRANTED. This case is STAYED and ADMINISTRATIVELY CLOSED through April 23, 2013, and all pending deadlines are tolled. It is further

ORDERED that if the parties reach a resolution, that agreement, consistent with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), which applies to civil antitrust cases brought and settled by the United States, will be promptly filed with the Court as a proposed consent judgment, along with a Competitive Impact Statement that, *inter alia*, sets forth the alleged violation of the antitrust laws, and how the proposed relief eliminates the anticompetitive effects of the acquisition. 15 U.S.C. § 16(b). It is further

ORDERED that all parties file by April 23, 2013 a joint status report and proposed scheduling order if the case is not resolved before then.

SIGNED this 5th day of April, 2013

_____
RICHARD W. ROBERTS
United States District Judge