AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   Civil Action No. 13-127 (RWR) |
| Anheuser-Busch InBev SA/NV, et al., | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constellation Brands, Inc.

Date:   04/10/2013

/s/ Jon B. Dubrow
*Attorney's signature*

Jon B. Dubrow, D.C. Bar No. 442479
*Printed name and bar number*

McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
*Address*

jdubrow@mwe.com
*E-mail address*

(202) 756-8122
*Telephone number*

(202) 591-2889
*FAX number*