AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Anheuser-Busch InBev SA/NV, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  Civil Action No. 13-127 (RWR) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constellation Brands, Inc.                                                                                                          .

Date:  04/17/2013

/s/ Raymond A. Jacobsen, Jr.
*Attorney's signature*

Raymond A. Jacobsen, Jr., , D.C. Bar No. 913988
*Printed name and bar number*

McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
*Address*

rayjacobsen@mwe.com
*E-mail address*

(202) 756-8028
*Telephone number*

(202) 756-8087
*FAX number*