**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*,<br><br>                    Defendants. | Civil Action No. 13-127 (RWR)<br>Judge Richard W. Roberts |

### NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that Exhibit A and Exhibit D to the proposed Final Judgment were filed in paper format and on CD under seal in the Clerk's Office. These documents are not available for public viewing. Plaintiff will file on the public record a redacted copy of the exhibits within six days of the filing of this Notice.

Date: April 19, 2013

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

        */s/ Mary N. Strimel*
Mary N. Strimel (D.C. Bar No. 455303)
United States Department of Justice
Antitrust Division
450 5th Street, N.W., Suite 7100
Washington, D.C.  20530
Tel: (202) 616-5949
mary.strimel@usdoj.gov