# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*,<br><br>                     Defendants. | Civil Action No. 13-127 (RWR)<br>Judge Richard W. Roberts |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2013, I electronically filed the below-listed documents with the Clerk of the Court using the CM/ECF system:

1. United States' Explanation of Consent Decree Procedures
   Attachment A: Stipulation and Order
   Attachment B: Final Judgment [proposed]

2. Competitive Impact Statement

3. Motion for Leave to File Exhibits Under Seal

4. Notice of Filing Under Seal; and

5. Certificate of Service

The CM/ECF system will send a notice of electronic filing (NEF) to counsel for the Defendants:

**For Defendant Anheuser Busch InBev SA/NV:**

Steven C. Sunshine
Gregory Bestor Craig
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Tel: (202) 371-7000
Steven.Sunshine@skadden.com
Gregory.Craig@skadden.com

Ian G. John
Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10024
Tel: (212) 735-3495
Ian.John@skadden.com
Karen.Lent@skadden.com

Thomas J. Nolan
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel. (213) 687-5250
Thomas.Nolan@skadden.com

**For Defendant Grupo Modelo S.A. de C.V.:**

Richard J. Stark
Yonatan Even
CRAVATH, SWAINE & MOORE LLP,
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
rstark@cravath.com
yeven@cravath.com

The CM/ECF system will send a notice of electronic filing (NEF) to the counsel below, whom I also served with the above-listed documents via email after obtaining written consent pursuant to Fed. R. Civ. P. 5(b)(2)(E):

**For Proposed Settlement Defendant Constellation Brands, Inc.,**

Margaret H. Warner
Raymond A. Jacobsen, Jr.
Jon B. Dubrow
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Tel: (202) 756-8000
mwarner@mwe.com
rayjacobsen@mwe.com
jdubrow@mwe.com

    Respectfully submitted,

    FOR PLAINTIFF
    UNITED STATES OF AMERICA

    _/s/    Mary N. Strimel_
    Mary N. Strimel (D.C. Bar No. 455303)
    Trial Attorney
    Antitrust Division
    U.S. Department of Justice
    450 Fifth Street, NW, Suite 7100
    Washington, DC 20530
    Telephone: (202) 616-5949
    E-mail: mary.strimel@usdoj.gov