**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 13-127 (RWR)<br>Judge Richard W. Roberts |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

　　Plaintiff United States hereby moves the Court, pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 5.1(j), for an Order permitting the United States to file Exhibit A and Exhibit D to the Plaintiff's proposed Final Judgment (the "exhibits") under seal.  Pursuant to section IV, paragraph 13 of the Stipulated Interim Protective Order (Dkt. No. 20), Plaintiff will file on the public record a redacted copy of the exhibits within six days of the filing of the Notice Regarding Filing of Sealed Material.  Plaintiff has consulted with Defendants and with Proposed Settlement Defendant Constellation Brands, Inc., and they do not object to this Motion.

　　Plaintiff requests that the exhibits be filed under seal because they are or refer to documents or information that Defendants have designated "Confidential Information" pursuant to the Stipulated Interim Protective Order. Exhibit A to Plaintiff's proposed Final Judgment contains Defendants' Stock Purchase Agreement and Membership Interest Purchase Agreement, which describe the terms of the transactions and supply agreements that are the subject of the proposed Final Judgment.  Exhibit D to Plaintiff's

proposed Final Judgment contains an agreement setting forth the terms of sale of certain beer distribution rights held by beer distributors owned by Defendant Anheuser-Busch InBev SA/NV. Revealing the terms of the agreements contained in the exhibits may disclose Defendants' confidential commercial information.

Accordingly, Plaintiff respectfully submits this Motion for an Order permitting it to file under seal:

(1) Exhibit A to the proposed Final Judgment; and

(2) Exhibit D to the proposed Final Judgment.

A proposed Order is attached hereto.

Dated: April 19, 2013

                                      Respectfully submitted,

                                      FOR PLAINTIFF
                                      UNITED STATES OF AMERICA

                                      */s/ Mary N. Strimel*
                                      Mary N. Strimel (D.C. Bar No. 455303)
                                      United States Department of Justice
                                      Antitrust Division
                                      450 5th Street, N.W., Suite 7100
                                      Washington, D.C.  20530
                                      Tel: (202) 616-5949
                                      mary.strimel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2013, I caused electronic copies of the following documents:

1. Exhibit A to the proposed Final Judgment;
2. Exhibit D to the proposed Final Judgment;
3. Notice of Filing Under Seal;
4. Motion for Leave to File Under Seal; and
5. Certificate of Service

to be served on Defendants Anheuser Busch InBev SA/NV, Grupo Modelo, S.A. de C.V., and on Proposed Settlement Defendant Constellation Brands, Inc., on disk via overnight delivery as follows:

**For Defendant Anheuser Busch InBev SA/NV:**

Steven C. Sunshine
Gregory Bestor Craig
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Tel: (202) 371-7000

Ian G. John
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10024
Tel: (212) 735-3495

**For Defendant Grupo Modelo S.A. de C.V.:**

Richard J. Stark
Yonatan Even
CRAVATH, SWAINE & MOORE LLP,
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000

**For Proposed Settlement Defendant Constellation Brands, Inc.:**

Margaret H. Warner
Raymond A. Jacobsen, Jr.
Jon B. Dubrow
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Tel: (202) 756-8000


 /s/ Mary N. Strimel
Mary N. Strimel (D.C. Bar No. 455303)
Trial Attorney
Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Telephone: (202) 616-5949
E-mail: mary.strimel@usdoj.gov