UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*,<br><br>    Defendants. | Civil Action No. 13-127 (RWR)<br>Judge Richard W. Roberts |

## **ORDER**

Pursuant to Local Rule 5.1(j), the Court hereby GRANTS the United States' Unopposed Motion for Leave to File Under Seal.

IT IS SO ORDERED by the Court, this ____ day of April, 2013.

_____
Hon. Richard W. Roberts
United States District Judge