**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*,<br><br>                    Defendants. | Civil Action No. 13-127 (RWR)<br>Judge Richard W. Roberts |

## NOTICE REGARDING FILING OF REDACTED DOCUMENTS

Notice is given that pursuant to Section IV paragraph 13 of the Stipulated Interim Protective Order (Dkt. 20), Plaintiff is filing redacted versions of Exhibit A and Exhibit D to Plaintiff's proposed Final Judgment (Dkt. 29-2), as attachments to this Notice.

Exhibit A to Plaintiff's proposed Final Judgment contains Defendants' Stock Purchase Agreement and Membership Interest Purchase Agreement, which describe the terms of the transactions and supply agreements that are the subject of the proposed Final Judgment. Exhibit D to Plaintiff's proposed Final Judgment contains an agreement setting forth the terms of sale of certain beer distribution rights held by beer distributors owned by Defendant Anheuser-Busch InBev SA/NV.

On April 19, 2013, Plaintiff filed under seal complete, unredacted versions of these documents along with an Unopposed Motion For Leave to File Under Seal (Dkt. 31).

Date: April 24, 2013

                                            Respectfully submitted,

                                            FOR PLAINTIFF
                                            UNITED STATES OF AMERICA

                                                */s/ Michelle R. Seltzer*
                                            Michelle R. Seltzer (D.C. Bar No. 475482)
                                            United States Department of Justice
                                            Antitrust Division
                                            450 5th Street, N.W., Suite 4100
                                            Washington, D.C.  20530
                                            Tel: (202) 353-3865
                                            michelle.seltzer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2013, I electronically filed a Notice Regarding Filing of Redacted Documents, a redacted version of Exhibit A to the proposed Final Judgment, and a redacted version of Exhibit D to the proposed Final Judgment with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a notice of electronic filing (NEF) to counsel for the Defendants:

**For Defendant Anheuser-Busch InBev SA/NV:**

Steven C. Sunshine, Esq.
Gregory Bestor Craig, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Tel: (202) 371-7000
Steven.Sunshine@skadden.com
Gregory.Craig@skadden.com

Ian G. John, Esq.
Karen Hoffman Lent, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3495
Ian.John@skadden.com
Karen.Lent@skadden.com

Thomas J. Nolan, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Tel. (213) 687-5250
Thomas.Nolan@skadden.com

**For Defendant Grupo Modelo, S.A. de C.V.:**

Richard J. Stark, Esq.
Yonatan Even, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
rstark@cravath.com
yeven@cravath.com


**For Settlement Defendant Constellation Brands, Inc.:**

Margaret H. Warner, Esq.
Raymond A. Jacobsen, Jr., Esq.
Jon B. Dubrow, Esq.
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Tel: (202) 756-8000
mwarner@mwe.com
rayjacobsen@mwe.com
jdubrow@mwe.com


        Respectfully submitted,

        FOR PLAINTIFF
        UNITED STATES OF AMERICA

        _____/s/ Michelle R. Seltzer_____
        Michelle R. Seltzer (D.C. Bar No. 475482)
        United States Department of Justice
        Antitrust Division
        450 5th Street, N.W., Suite 4100
        Washington, D.C.  20530
        Tel: (202) 353-3865
        michelle.seltzer@usdoj.gov