**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 13:127 (RWR) |
| ) | Judge Richard W. Roberts |
| ANHEUSER-BUSCH InBEV SA/NV, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**SUBMISSION BY ANHEUSER-BUSCH InBEV SA/NV AND GRUPO MODELO S.A.B. de C.V. PURSUANT TO SECTION 5(g) OF THE CLAYTON ACT**

Defendants Anheuser-Busch InBev SA/NV ("ABI") and Grupo Modelo S.A.B. de C.V. ("Modelo") (collectively, "Defendants") make this submission pursuant to Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), regarding written and oral communications between representatives of Defendants and any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this matter on April 19, 2013, other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Defendants.

No communications relevant to Section 5(g) have been made by ABI or Modelo other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Defendants.

ABI and Modelo hereby jointly certify that this disclosure complies with the requirements of Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant communications known to ABI and Modelo or of which ABI and/or Modelo reasonably should have known.

| | |
|---|---|
| Dated:  May 3, 2013 | Respectfully submitted, |
| CRAVATH, SWAINE & MOORE LLP, | /s/ Steven C. Sunshine |
| | Steven C. Sunshine (D.C. Bar No. 450078) |
| by | SKADDEN, ARPS, SLATE, |
| /s/ Yonatan Even | MEAGHER & FLOM LLP |
| Yonatan Even (*pro hac vice*) | 1440 New York Avenue, N.W. |
| | Washington, DC 20005-2111 |
| 825 Eighth Avenue | Tel: (202) 371-7000 |
| New York, NY 10019-7475 | Steven.Sunshine@skadden.com |
| (212) 474-1000 | |
| yeven@cravath.com | *Counsel for Anheuser-Busch InBev SA/NV* |

*Attorneys for Grupo Modelo S.A.B. de C.V.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 3, 2013, I caused the foregoing document or paper to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                   /s/ Steven C. Sunshine