UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 13-127 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUBMISSION BY CONSTELLATION BRANDS, INC.
PURSUANT TO SECTION 5(g) OF THE CLAYTON ACT**

　　Defendant Constellation Brands, Inc. ("Constellation") makes this submission pursuant to Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), regarding written and oral communications between representatives of Constellation and any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this matter on April 19, 2013, other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Constellation.

　　No communications relevant to Section 5(g) have been made by Constellation other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Constellation.

　　Constellation hereby certifies that this disclosure complies with the requirements of Section 5(g) of the Clayton Act, 15 U.S.C. § 16(g), and that this disclosure is a true and complete

1

description of relevant communications known to Constellation or of which Constellation reasonably should have known.

Dated: May 3, 2013

Respectfully submitted,

*/s/ Raymond A. Jacobsen, Jr.*
_____
Margaret H. Warner (D.C. Bar No. 359009)
Raymond A. Jacobsen, Jr. (D.C. Bar No. 913988)
Jon B. Dubrow (D.C. Bar No. 442479)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Telephone: 202.756.8000
Facsimile: 202.756.8087

*Counsel for Constellation Brands, Inc.*