**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, et al.,<br><br>       *Defendants.* | Civil Action No. 13-127 (RWR) |

**UNOPPOSED MOTION TO APPROVE
THE APPOINTMENT OF WILLIAM E. BERLIN
AS MONITORING TRUSTEE**

Plaintiff United States hereby moves this Court for entry of an order approving the United States's appointment of William E. Berlin as Monitoring Trustee pursuant to Section VIII of the proposed Final Judgment in this matter. The United States has informed defendants Anheuser-Busch InBeV, SA/NV ("ABI"), Grupo Modelo, S.A.B. de C.V. ("Modelo"), and Constellation Brands, Inc. ("Constellation") that it is filing this motion, which, pursuant to the terms of the proposed Final Judgment the defendants may not oppose. In support of its motion, the United States files herewith a Memorandum of Points and Authorities in Support of Unopposed Motion to Approve the Appointment of William E. Berlin as Monitoring Trustee, and the Declaration of Michelle R. Seltzer.

Dated: June 21, 2013

                        Respectfully submitted,

                        */s/ Michelle R. Seltzer*
Michelle R. Seltzer (D.C. Bar No. 475482)
U.S. Department of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 353-3865
Facsimile: (202) 307-5802
Email: michelle.seltzer@usdoj.gov

# CERTIFICATE OF SERVICE

I, Michelle R. Seltzer, hereby certify that on June 21, 2013, I caused a copy of the foregoing Unopposed Motion of the United States to Approve the Appointment of William E. Berlin as Monitoring Trustee, Memorandum of Points and Authorities in Support of Unopposed Motion of the United States to Approve the Appointment of William E. Berlin as Monitoring Trustee, Declaration of Michelle R. Seltzer, and Proposed Order to be filed and served upon all counsel of record by operation of the CM/ECF system for the United States District Court for the District of Columbia. Additionally, a copy of the foregoing was delivered via e-mail to the duly authorized legal representatives of the defendants, as follows:

**Counsel for Defendant Anheuser-Busch InBev SA/NV and Grupo Modelo, S.A.B., de C.V.:**

Steven C. Sunshine, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: 202-371-7860
Fax: 202-661-0560
Email: steve.sunshine@skadden.com

**Counsel for Defendant Constellation Brands, Inc.:**

Raymond A. Jacobsen, Jr., Esq.
McDermott Will & Emory
The McDermott Building
400 North Capitol Street, NW
Washington, DC 20001
Telephone: 202-756-8028
Fax: 202-756-8087
Email: rayjacobsen@mwe.com

      */s/ Michelle R. Seltzer*
Michelle R. Seltzer (D.C. Bar No. 475482)
U.S. Department of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 353-3865
Facsimile: (202) 307-5802
Email: michelle.seltzer@usdoj.gov