**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*,<br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, et al.,<br><br>         *Defendants.* | Civil Action No. 13-127 (RWR) |

**DECLARATION OF MICHELLE R. SELTZER**

I, Michelle R. Seltzer, declare as follows:

1. I am a trial attorney with the United States Department of Justice Antitrust Division, and I am the lead attorney for the above-captioned action. I make this declaration in support of the Unopposed Motion of the United States to Approve the Appointment of William E. Berlin as Monitoring Trustee.

2. The facts set forth in the Memorandum of Points and Authorities in Support of Unopposed Motion of the United States to Approve the Appointment of William E. Berlin as Monitoring Trustee are true and accurate to the best of my belief and knowledge.

3. A copy of William E. Berlin's professional biography is attached as Exhibit A.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2013, in Washington, D.C.

                                                                      */s/ Michelle R. Seltzer*
                                                                      Michelle R. Seltzer