UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　*Plaintiff*,<br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, et al.,<br><br>　　　　　　　*Defendants*. | Civil Action No. 13-127 (RWR)<br><br>FILED: June 21, 2013 |

### [PROPOSED] ORDER

WHEREAS plaintiff United States filed an unopposed motion with this Court on June 21, 2013, to approve the appointment of William E. Berlin as Monitoring Trustee pursuant to Section VIII of the proposed Final Judgment herein, and in consideration of the motion and the supporting materials,

IT IS HEREBY ORDERED THAT:

1. The United States's appointment of William E. Berlin as Monitoring Trustee, pursuant to Section VIII of the proposed Final Judgment is approved.

2. The Monitoring Trustee shall have the power and authority to monitor defendants' compliance with the proposed Final Judgment and the Stipulation and Order, and as set forth in Section VIII of the proposed Final Judgment.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Richard W. Roberts U.S.D.J.

Entered, June 24, 2013