UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANHEUSER-BUSCH InBEV SA/NV, et al.,<br><br>    *Defendants.* | Civil Action No. 13-127 (RWR), (C.J.)<br>Richard W. Roberts |

## NOTICE OF FILING UNDER SEAL

Pursuant to Local Civil Rule 5.1(j) and Local Civil Rule 5.4(e)(1) and (2), the Monitoring Trustee hereby gives notice that it has filed in electronic form under seal a report of the Monitoring Trustee, appointed pursuant to Section VIII of the Final Judgment. The Monitoring Trustee has lodged with the Office of the Clerk herewith an Unopposed Motion for an Order permitting the Monitoring Trustee's report to be placed under seal.

Dated: December 20, 2013

Respectfully submitted,

      /s/
_____
William E. Berlin (D.C. Bar No. 443613)
Monitoring Trustee
OBER, KALER, GRIMES & SHRIVER
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
202-326-5011
202-326-5211 (fax)
weberlin@ober.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2013, I caused a true and accurate copy of the foregoing Motion to Place Report of Monitoring Trustee Under Seal, Proposed Order and Notice of Filing Under Seal to be electronically filed and served on all parties, via the CM/ECF system for the United States District Court for the District of Columbia.

                                                   /s/
                                 William E. Berlin (D.C. Bar No. 443613)
                                 Monitoring Trustee