**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Civil Action No. 13-127 (RWR), (C.J.)<br>Richard W. Roberts |
| ANHEUSER-BUSCH InBEV SA/NV, et al., | |
| *Defendants.* | |

## ORDER

On this 24th day of December 2013, upon Monitoring Trustee's Unopposed Motion to Place Report of Monitoring Trustee under seal, having shown good cause pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 5.1(j), it is hereby ORDERED that Monitoring Trustee's December 20, 2013 Report is placed under seal by the Clerk of the Court, and shall not be made a part of the public record for any purposes.

_____
Richard W. Roberts, Chief Judge, U.S. District Court